**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Henry Guy JONES, Defendant–Appellant.**

**No. 12–12964**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

March 28, 2013.

Jill E. Steinberg, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Lynn Gitlin Fant, Lynn Fant, PC, Temple, GA, for Defendant–Appellant.

Before DUBINA, Chief Judge, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

Lynn Fant Merritt, appointed counsel for Henry Guy Jones in this direct criminal appeal, has moved to withdraw from

further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Jones's conviction and sentence are **AFFIRMED.**